DOWNS v. NEW YORK CENTRAL RAILROAD COMPANY, appellant.

*Cox & Avery*, for appellant.

*McDonald & Rose*, for respondent.

TALCOTT, J.

The court denied a new trial on the ground that the only substantial question raised was one of fact, and that question had been decided by a jury in favor of the plaintiff. The case had been tried and taken to the court of appeals which granted a new trial upon questions of law. The second trial was had upon the same evidence as the first. At both trials a verdict was given in favor of the plaintiff.

*New trial denied.*

---

MARTIN *et al.* v. SMITH *et al.*, appellants.

*Edwin Allen*, for appellants.

*J. A. Hathaway*, for respondents.

MULLIN, P. J.

Judgment reversed and new trial granted upon the ground that the evidence did not sustain the finding of the referee. The opinion contains only a review of the evidence.